DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2005-3 AR MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-3AR,**
Appellant,

v.

**ANA PUCCIO** a/k/a **ANA PAULA PUCCIO** a/k/a **ANA OLIVEIRA,** Individually and as **CO-TRUSTEE OF THE ROBERT F. KIRCHGESSNER** and **ANA PAULA OLIVEIRA REVOCABLE LIVING TUST DATED JUNE 22, 2004, ROBERT F KIRCHGESSNER,** Individually and as **CO-TRUSTEE OF THE ROBERT F. KIRCHGESSNER** and **ANA PAULA OLIVEIRA REVOCABLE LIVING TRUST DATED JUNE 22, 2004, ET AL.,**
Appellees.

No. 4D19-123

[May 7, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE 15009827.

Jason H. Okleshen and Brandon Leon of Greenberg Traurig, P.A., West Palm Beach, and Kimberly S. Mello and Vitaliy Kats of Greenberg Traurig, P.A., Tampa, for appellant.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellees.

PER CURIAM.

*Affirmed.*[1]

---

[1] We are mindful of the issuance of Administrative Order SC20-23 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-94 (suspending and tolling any statute providing for a mortgage foreclosure cause of action under Florida law for 45 days from April 2, 2020). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***